McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JUANITA LAMAS, | ) | Case No. 1:19-cv-00852-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 35 days to respond to Plaintiff's Opening Brief from March 23, 2020 up to and including April 27, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Due to Covid-19 and the resulting inability to work from his office, counsel is currently trying to brief a high volume of cases with the limited resources available at home. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 – Stipulation and Order Extending Def's Time

|   |   |
|---|---|
| | Respectfully submitted, |
| | Pena & Bromberg, Attorneys at Law |
| Dated: March 24, 2020 | */s/ Jonathan Omar Pena* * <br> Jonathan Omar Pena <br> (* *authorized by email*) <br> Attorney for Plaintiff |
| Dated: March 24, 2020 | McGREGOR W. SCOTT <br> United States Attorney |
| | By:  */s/ Michael K. Marriott* <br>       MICHAEL K. MARRIOTT <br>       Special Assistant U.S. Attorney <br>       Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant to file a response to Plaintiff's Opening Brief is extended to April 27, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

The Court notes that the parties' stipulation was filed on March 24, 2020, after the applicable deadline for Defendant's response to Plaintiff's Opening Brief had lapsed. (*See* Doc. Nos. 5, 15.) The parties are cautioned that the Local Rules require counsel to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. L.R. 144(d). Any future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.*

IT IS SO ORDERED.

Dated: __**March 25, 2020**__        ____/s/ *Barbara A. McAuliffe*____
                              UNITED STATES MAGISTRATE JUDGE