McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8985
     Facsimile:  (415) 744-0134
     E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| JUANITA LAMAS, | ) | Case No. 1:19-cv-00852-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by

issuance of the attached Order, that Defendant shall have a second extension of time of 30 days

to respond to Plaintiff's Opening Brief from April 27, 2020 up to and including May 27, 2020.

     In light of the global COVID-19 crisis, SSA is switching to new work processes, and is

focusing on providing the most critical services by mail, phone and online to those most in

need.  SSA is also taking additional steps to protect its employees and help stop the spread of

COVID-19, maximizing social distancing, including significantly limiting employee access to

SSA facilities for health and safety only and moving rapidly toward a virtual work environment.

1    Although the agency is working diligently to provide ongoing services, including legal services,

2    there are practical implications for our litigation workloads.

3         Counsel for Defendant, as well as all the support staff in that office, works in the State of

4    California, where the governor has ordered all residents to stay home, effective March 19, 2020,

5    until further notice.  This order has led to reduced onsite staffing in Offices of the United States

6    Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and

7    relies on that office for certain types of administrative support.  Moreover, the Governor's order

8    and the decision of the Commissioner to implement full-time telework throughout the country

9    has led to unanticipated strains on internet connectivity for SSA employees.

10        The parties further stipulate that the Court's Scheduling Order shall be modified

11   accordingly.

12                                                 Respectfully submitted,

13

14   Dated: April 27, 2020                    */s/ Jonathan Omar Pena* \*
                                              Jonathan Omar Pena
15                                            (*authorized by email*)
                                              Attorney for Plaintiff
16

17

18   Dated: April 27, 2020                    McGREGOR W. SCOTT
                                              United States Attorney
19

20                                    By:     */s/ Michael K. Marriott*
                                              MICHAEL K. MARRIOTT
21                                            Special Assistant U.S. Attorney
                                              Attorneys for Defendant
22

23

24

25                                   **ORDER**

26        Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for a

27   second extension of time to respond to Plaintiff's Opening Brief is GRANTED.  Defendant shall

28

                         2 – Stipulation and Order Extending Def's Time

file a response to Plaintiff's Opening Brief on or before May 27, 2020.  All other deadlines in the Court's Scheduling Order are modified accordingly.

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:    **April 27, 2020**                   /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

3 – Stipulation and Order Extending Def's Time